IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01828-BNB

LAVERN CHARLES FAST HORSE,

    Applicant,

v.

MICHAEL MUKASEY,
HARLEY LAPPIN, and
BLAKE DAVIS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 2 2008

GREGORY C. LANGHAM
                  CLERK

ORDER TO TRANSFER

Applicant, Lavern Charles Fast Horse, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado. Mr. Fast Horse initiated the instant action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The Court must construe the habeas corpus application liberally because Mr. Fast Horse is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110.

According to the U.S. Party/Case Index, a national electronic index for United States district, bankruptcy, and appellate courts, Mr. Fast Horse pleaded guilty in 2005 to the charge of grand theft in South Dakota state court. He was sentenced to eight years in the state penitentiary. He did not appeal his conviction to the South Dakota

Supreme Court. He then sought habeas corpus relief in South Dakota state court. In an order issued on January 8, 2008, the state court denied Mr. Fast Horse habeas corpus relief. The habeas court refused to issue a certificate of probable cause. Mr. Fast Horse did not appeal the denial.

On January 24, 2008, he filed an application pursuant to 28 U.S.C. § 2254 for habeas corpus relief in the United States District Court for the District of South Dakota (District of South Dakota), Western Division. He later amended the application to seek relief under 28 U.S.C. § 2241, and sought *in forma pauperis* status. In an order issued on March 11, 2008, the District of South Dakota denied him habeas corpus relief and dismissed his application without prejudice for failure to exhaust state-court remedies. **See Fast Horse v. Weber**, No. 08-5007 (D.S.D. Mar. 11, 2008). Mr. Fast Horse then filed a motion for reconsideration together with a copy of a motion for issuance of a certificate of probable cause, which was filed on February 19, 2008, with the South Dakota Supreme Court. On April 10, 2008, the District of South Dakota denied the motion for reconsideration, noting that Mr. Fast Horse has not exhausted his state-court remedies because the South Dakota Supreme Court has yet to rule on the motion for issuance of a certificate of probable cause.

Because he is challenging the validity, and not the execution, of his South Dakota state conviction and sentence, the claims Mr. Fast Horse raises more appropriately are asserted pursuant to 28 U.S.C. § 2254 in the District of South Dakota after exhaustion of state remedies. Therefore, pursuant to 28 U.S.C. § 1404(a), this

Court will transfer the instant action to the District of South Dakota, where the action might have been brought. Accordingly, it is

ORDERED that the habeas corpus application and the instant action are transferred to the United States District Court for the District of South Dakota, Western Division.

DATED at Denver, Colorado, this __1__ day of ____Oct.____, 2008.

BY THE COURT:

*(signature)*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01828-BNB

Lavern Charles Fast Horse
Reg. No. 06751-073
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk